IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE FRANCES WHIGUM,

    Plaintiff,

v.                                            Case No.:  3:12cv383/MCR/EMT

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2012 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. In reviewing plaintiff's complaint and various motions filed in this case, I find no allegation or claim on which plaintiff's case can proceed.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

    3.    All pending motions are DENIED as moot.

    **DONE AND ORDERED** this 27th day of August, 2012.

                                                        s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**